RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone:   510-763-9967
Facsimile:   510-272-0711
pollockesq@aol.com

Attorney for Defendant
WILLIAM GAUDIANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>WILLIAM GAUDIANO,<br><br>  Defendant.<br>_____ / | CR. 13-00396-YRG-1 [KAW]<br><br>**AMENDED STIPULATION AND PROPOSED ORDER TO CONTINUE INITIAL APPEARANCE BEFORE UNITED STATES MAGISTRATE JUDGE**<br><br>_____ |

   Defendant William Gaudiano, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney Keslie Stewart, hereby stipulate and agree that Mr. Gaudiano's initial appearance before the United States Magistrate be continued from July 24, 2013 to August 7, 2013 at 9:30 a.m.

///

///

///

///

///

Defense counsel just received discovery on this case last week and was unable to begin her review of it until this past weekend. There is extensive discovery and she needs to spend time with her client prior to the next court appearance before further court dates are set. Mr. Gaudiano lives in Connecticut and will spend several days meeting with counsel and reviewing discovery in early August

Date:  July 22, 2013                          _____/s/_____
                                              Randy Sue Pollock
                                              Counsel for Defendant
                                              WILLIAM GAUDIANO

Date:  July 22, 2013                          _____/s/_____
                                              Keslie Stewart
                                              Assistant United States Attorney

**SO ORDERED:**

July  23 , 2013                               _____
                                              KANDIS A. WESTMORE
                                              United States Magistrate Judge